IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEN POITEVINT, SR.,

    Plaintiff,

v.                                  CASE NO. 1:11-cv-00076-MP-GRJ

UNITED RECOVERY SYSTEMS, LP,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 42, a joint motion to extend the time for each party to respond to the other's motion for summary judgment. The motion is agreed to, and the extension does not effect trial dates.

Accordingly, it is now **ORDERED** as follows:

The motion to extend time, Doc. 42, is GRANTED, and the parties shall have until March 6, 2012, to respond to the other side's motion for summary judgment.

**DONE AND ORDERED** this 1st day of March, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge