# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

BEN POITEVINT, SR.,

    Plaintiff,

v.                        CASE NO. 1:11-cv-00076-MP-GRJ

UNITED RECOVERY SYSTEMS, LP,

    Defendant.

_____/

## O R D E R

A pre-trial conference was held in this case on February 7, 2013, in which counsel for each side participated. As discussed during the conference, the motions in limine filed by the plaintiff and defendant have either been resolved by agreement or should be re-raised by appropriate objection during the trial if needed. The parties also agreed to this case taking approximately 2 days to try and that it would be tried before 7 jurors, with 6 being sufficient if necessary. The case is hereby set for trial the week of Tuesday, May 7, 2013. The attorney conference will be at 8:30 a.m. in the Chambers of Senior Judge Paul, and jury selection will begin immediately thereafter.

      **DONE AND ORDERED** this *8th* day of February, 2013

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge